# EXHIBIT A

# EPCA WILL BE FILED WITH THE COURT UPON THE ENTRY OF AN APPROPRIATE CONFIDENTIALITY ORDER